No. 04–774. VITUG SAGANA v. TENORIO, SECRETARY, DEPARTMENT OF LABOR AND IMMIGRATION, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS. C. A. 9th Cir. Certiorari denied.

No. 04–776. BRYANT v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 04–779. SKERLE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–780. THOMPSON v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 04–781. XECHEM INTERNATIONAL, INC. v. UNIVERSITY OF TEXAS M. D. ANDERSON CANCER CENTER ET AL. C. A. Fed. Cir. Certiorari denied.

No. 04–785. FOREST ET AL. v. PAWTUCKET POLICE DEPARTMENT ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–789. UNITED STATES EX REL. GILLIAM v. GENERAL DYNAMICS CORP. C. A. 4th Cir. Certiorari denied.

No. 04–790. PINGOL MERCADO v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–791. DIAZ-SANTOS v. DEPARTMENT OF EDUCATION OF THE COMMONWEALTH OF PUERTO RICO ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–794. CONNECTICUT v. ANTHEM BLUE CROSS AND BLUE SHIELD OF CONNECTICUT ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–795. BAGNE v. JOINT ADMISSIONS COMMITTEE OF THE CLEVELAND AND CUYAHOGA COUNTY BAR ASSNS. Sup. Ct. Ohio. Certiorari denied.

No. 04–796. MORALES v. KEYSTONE DEVELOPMENT CO., LLC, ET AL. Ct. App. Colo. Certiorari denied.